UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 2:11-CR-81(01) |
| | ) | |
| WILLIAM McMAHAN | ) | |

**O R D E R**

This criminal matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge dated December 5, 2011. [Doc. 334]. The Magistrate Judge recommends that the motion to suppress the search of the defendant's residence at 925 Edwina-Bridgeport Road, Newport, Tennessee, be denied. The defendant has not filed any objection to this report.

After careful consideration of the Report and Recommendation of the United States Magistrate Judge, the defendant's motions to suppress, the response of the government, and for the reasons set out in that Report and Recommendation which are incorporated by reference herein, it is hereby **ORDERED** that this Report and Recommendation is **ADOPTED** and **APPROVED**, and that the defendant's motions to suppress is **DENIED.** [Doc. 314].

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE