UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 2:11-CR-81(02) |
| | ) | |
| BUFORD ROGERS | ) | |

**O R D E R**

This criminal matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge dated December 7, 2011. [Doc. 351]. The Magistrate Judge recommends that the motion to suppress evidence obtained during the search of storage unit F-046 at the U Store-It on Walker Boulevard in Knoxville, Tennessee, be denied. The defendant has not filed any objection to this report.

After careful consideration of the Report and Recommendation of the United States Magistrate Judge, the defendant's motion to suppress, the response of the government, and for the reasons set out in that Report and Recommendation which are incorporated by reference herein, it is hereby **ORDERED** that this Report and Recommendation is **ADOPTED** and **APPROVED**, and that the defendant's motion to suppress is **DENIED.** [Doc. 307].

ENTER:

                                                                                                                    s/J. RONNIE GREER
                                                                                                UNITED STATES DISTRICT JUDGE